IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARTEAL LASTER,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:12cv156-MHT
                               )         (WO)
GMAC MORTGAGE, LLC,            )
                               )
    Defendant.                 )
```

ORDER

The defendant having made a suggestion of bankruptcy (Doc. No. 12), it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That this case is dismissed without prejudice to the right of any party to petition to reinstate this action as to said party to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate

back to the original filing date of this action against said party; and

(3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

This case is closed.

DONE, this the 24th day of May, 2012.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE